USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UCK AIRPORTS 1 LLC,

Plaintiff,

-against-

CSDS ASSET MANAGEMENT LLC, and BENEDICT SIRIMANNE

Defendants.

26 Civ. 8420 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiff, UCK AIRPORTS 1 LLC, brings this action against Defendants, CSDS Asset Management LLC and Benedict Sirimanne, asserting the Court "has subject-matter over this action pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship among the parties." Compl. ¶9, ECF No. 1. Plaintiff is an LLC and alleges that Defendant CSDS Asset Management LLC is also an LLC. *See* Compl. ¶7. The Supreme Court has held "that diversity jurisdiction in a suit by or against [an] entity depends on the citizenship of all the members. *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195 (1990) (citation omitted). Accordingly, the complaint must allege the citizenship of natural persons who are members of each limited liability company and the place of incorporation and principal place of business of any corporate entities who are members of each limited liability company. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51-52 (2d Cir. 2000) (citation omitted).

Accordingly, by **October 20, 2026**, Plaintiff shall amend its pleading to allege the citizenship of each constituent person or entity of Uck Airports 1 LLC and CSDS Asset Management LLC. If Plaintiff fails to amend by the foregoing date to truthfully allege complete diversity based upon the citizenship of each constituent person or entity of the LLCs, then the complaint will be dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.").

SO ORDERED.

Dated: September 29, 2026
New York, New York

ANALISA TORRES
United States District Judge